IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00708 |
| ) | Judge Trauger |
| LT. HENRY, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 20, 2018, the magistrate judge issued a Report and Recommendation (DE #17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by the only remaining defendant in this case, Corporal Michael Graulau (Docket 11) is GRANTED, and all claims against this defendant are DISMISSED with prejudice. All other claims having been dismissed, the Clerk shall close this file.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 11th day of September 2018.

_____
ALETA A. TRAUGER
U.S. District Judge